UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SUSAN E. HIMES ) | CIVIL ACTION NO. 1:12 CV 321 PB |
|     Plaintiff ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| CLIENT SERVICES, INC., LAW OFFICES ) | |
| HOWARD LEE SCHIFF P.C., ADAM OLSHAN, ) | |
| ESQ, and DAVID FLORIO, ESQ. ) | |
|     Defendant ) | OCTOBER 5, 2012 |

## MOTION TO DISMISS

Defendants, Law Offices Howard Lee Schiff, P.C., Adam Olshan and David Florio, hereby move to dismiss the plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a cause of action against the defendants, as more fully set forth in the accompanying Memorandum of Law in Support of this Motion to Dismiss.

                                                  DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF
                                                  PC , ADAM OLSHAN, AND DAVID FLORIO

                                                  /S/ *Karen Wisniowski*
                                                  Karen Wisniowski
                                                  Law Offices Howard Lee Schiff PC
                                                  510 Tolland Street
                                                  East Hartford, Connecticut 06108
                                                  Telephone (860) 528 9991
                                                  Fax (860) 528 7602

Dated:  OCTOBER 5, 2012

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on October 5, 2012 to the following counsel of record:

**PLAINTIFF**
SUSAN HIMES
18 MARSHALL STREET APT. 2
MILFORD, NEW HAMPSHIRE  03055

/S/ *Karen Wisniowski*
Karen Wisniowski

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**