**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| SUSAN E. HIMES | ) | CIVIL ACTION NO. 1:12 CV 321 PB |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CLIENT SERVICES, INC., LAW OFFICES | ) | |
| HOWARD LEE SCHIFF P.C., ADAM OLSHAN, | ) | |
| ESQ, and DAVID FLORIO, ESQ. | ) | |
| Defendant | ) | OCTOBER 5, 2012 |

**APPEARANCE**

Please enter my appearance on behalf of the defendants, Law Offices Howard Lee

Schiff P.C., Adam Olshan and David Florio.

DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF
PC , ADAM OLSHAN, AND DAVID FLORIO

/S/ *Karen Wisniowski*
Karen Wisniowski  , 17776
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

Dated:  OCTOBER 5, 2012

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on October 5, 2012 to the following counsel of record:

**PLAINTIFF**
SUSAN HIMES
18 MARSHALL STREET APT. 2
MILFORD, NEW HAMPSHIRE  03055

/S/ *Karen Wisniowski*
Karen Wisniowski

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**