## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SUSAN E. HIMES ) | CIVIL ACTION NO. 1:12 CV 321 PB |
|     Plaintiff ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| CLIENT SERVICES, INC., LAW OFFICES ) | |
| HOWARD LEE SCHIFF P.C., ADAM OLSHAN, ) | |
| ESQ, and DAVID FLORIO, ESQ. ) | |
|     Defendant ) | OCTOBER 5, 2012 |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Law Offices Howard Lee Schiff, P.C., hereby discloses that it is a law firm that has no parent company and it is not publicly traded.

    DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF
    PC , ADAM OLSHAN, AND DAVID FLORIO


    /S/ *Karen Wisniowski*
    Karen Wisniowski
    Law Offices Howard Lee Schiff PC
    510 Tolland Street
    East Hartford, Connecticut 06108
    Telephone (860) 528 9991
    Fax (860) 528 7602

Dated: OCTOBER 5, 2012

## CERTIFICATION OF SERVICE

  I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on October 5, 2012 to the following counsel of record:

**PLAINTIFF**
SUSAN HIMES
18 MARSHALL STREET APT. 2
MILFORD, NEW HAMPSHIRE  03055

            /S/ *Karen Wisniowski*
            Karen Wisniowski

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**