UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 MAY 17 P 12: 23

| | |
|---|---|
| SUSAN E. HIMES )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CLIENT SERVICES INC. )<br>LAW OFFICES HOWARD LEE SCHIFF )<br>ADAM OLSHAN ESQ. )<br>DAVID FLORIO ESQ. )<br>)<br>        Defendant. )<br>) | Civil Action No: 1:12 cv-321-PB<br><br><br><br><br><br>**TRIAL BY JURY DEMANDED** |

## MOTION FOR ORDER OF DISMISSAL

NOW COMES the Plaintiff, Susan E. Himes who having reached a settlement agreement with Defendant, Client Service in the above styled cause of action hereby makes this Motion for Order of Dismissal WITH PREJUDICE. Each party bearing their own court costs of this action.

Dated: May 16, 2013
Respectfully Submitted,

*Susan E Himes Pro Se*
Susan E. Himes Pro Se
18 Marshall St. #2
Milford, NH 03055
603-769-7450
susanehimes@yahoo.com

1

**CERTIFICATE OF SERVICE**

This is to certify that I have mailed copies of the above document by first class mail USPS to the parties listed below.

Dated: May 16, 2013
Respectfully Submitted,

*Susan E Himes Pro Se*
Susan E. Himes Pro Se
18 Marshall St #2
Milford, NH 03055
603-769-7450
susanehimes@yahoo.com

Adam J. Chandler
Vrountas, Ayer & Chandler, P.C.
250 Commercial St., Ste. 4004
Manchester, NH 03101
(Counsel for Client Services Inc.)

Karen J. Wisniowski
Howard Lee Schiff Law Offices PC
510 Tolland Street
East Hartford, CT 06108
(Counsel for Law Offices Howard Lee Schiff, PC, Adam Olshan Esq. and David Florio Esq.)